■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD MELSON, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered January 26, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Green and Pine, JJ.